IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR MARSHAL ASSOCIATION | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-2254 |
| SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY et al. | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this <u>4th</u> day of June, 2025, upon consideration of the Motion for Reconsideration or Clarification by Defendants U.S. Department of Homeland Security, Transportation Security Administration, and Federal Air Marshal Service (ECF No. 25), and all documents submitted in support thereof or in opposition thereto, Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** and it is **ORDERED** as follows.

1. The Motion is **GRANTED** as to Defendants' request that Plaintiff amend the Complaint.

2. The Motion is **DENIED** to the extent it seeks to dismiss Plaintiff's surviving claims: (a) for non-monetary relief under the First Amendment and (b) non-monetary relief for contractual interference.

3. Plaintiff shall have 30 days to file an Amended Complaint, consistent with the accompanying Memorandum Opinion.

                            BY THE COURT:

                            <u>/s/ R. Barclay Surrick</u>
                            **R. BARCLAY SURRICK, J.**